UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERTRAM COLIN JOHNSON,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>SIX UNKNOWN NAMES AGENTS, et al.,<br><br>　　　　Defendants. | 1:13-cv-01607-GSA-PC<br><br>ORDER STRIKING COMPLAINT AND AMENDED COMPLAINT FOR LACK OF SIGNATURE<br>(Docs. 1, 3.)<br><br>ORDER FOR PLAINTIFF TO FILE A SECOND AMENDED COMPLAINT BEARING HIS SIGNATURE WITHIN THIRTY DAYS |

　　　　Bertram Colin Johnson ("Plaintiff") is a federal prisoner proceeding pro se with this civil rights action pursuant to <u>Bivens vs. Six Unknown Agents</u>, 403 U.S. 388 (1971).  On October 7, 2013, Plaintiff filed an unsigned civil complaint.  (Doc. 1.)  On October 11, 2013, Plaintiff filed an unsigned amended complaint.  (Doc. 3.)  All filings submitted to the court must bear the signature of the filing party.  Local Rule 131; Fed. R. Civ. P. 11(a).

　　　　Accordingly, IT IS HEREBY ORDERED that:

　　　　1.　　Plaintiff's complaint, filed on October 7, 2013, and Plaintiff's amended complaint, filed on October 11, 2013, are STRICKEN from the record for lack of signature;

　　　　2.　　The Clerk's Office shall send Plaintiff a form <u>Bivens</u> complaint;

///

3. Within thirty days from the date of service of this order, Plaintiff is required to file a Second Amended Complaint bearing Plaintiff's original signature; and

4. Plaintiff's failure to comply with this order shall result in the dismissal of this action.

IT IS SO ORDERED.

Dated: **October 22, 2013**          **/s/ Gary S. Austin**
                                UNITED STATES MAGISTRATE JUDGE